IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JASMINE MEDINA, HILDA CALZADA, § | CIVIL ACTION | |
| AND CLAUDIA UMANA, Individually § | | |
| And as A/N/F of G. M., a Minor § | | |
| § | | |
| vs. § | | |
| § | NO. _____ | |
| § | | |
| RYDER TRUCK RENTAL, INC., § | | |
| FLC TRANSPORT, LLC, § | JURY | |
| DM WORLD TRANSPORTATION, LLC § | | |
| And TYRON ANTHONY DENIS § | | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Ryder Truck Rental, Inc. ("Ryder"), the only answering Defendant herein, respectfully submits the following notice of removal.

**I.**

Ryder is the only Defendant which has answered in the litigation now pending in the 97th District Court of Clay County, Texas, Cause No. 2022-0146C-CV, styled "*Jasmine Medina, Hilda Calzada, and Claudia Umana, Individually and A/N/F of G.M., a Minor v. Thomas Ryder Truck Rental, Inc., FLC Transport, LLC, DM World Transportation, LLC, and Tyron Anthony Denis*"  The suit filed against Ryder is a civil action seeking damages for alleged personal injury arising from a motor vehicle accident that allegedly occurred in Clay County, Texas, on or about March 28, 2021.

**II.**

Both at the time of the filing of Plaintiff's Original Petition and at the time of the filing of

**NOTICE OF REMOVAL** – **Page 1**

this Notice of Removal, Plaintiff Jasmine Medina was, is, and continuously has been an individual citizen of the State of California with her place of residence in the state of California. Both at the time of the filing of Plaintiff's Original Petition and at the time of the filing of this Notice of Removal, Plaintiff Hilda Calzada was, is, and continuously has been an individual citizen of the State of California with her place of residence in the state of California. Both at the time of the filing of Plaintiff's Original Petition and at the time of the filing of this Notice of Removal, Plaintiff Claudia Umana, Individually and A/N/F of G.M. was, is, and continuously has been an individual citizen of the State of California with her place of residence in the state of California. Both at the time of filing Plaintiff's Original Petition and at the time of the filing of this Notice of Removal, Defendant Ryder was, is, and continuously has been a corporation organized and existing under the laws of the State of Florida and having its principal place of business in the State of Florida. Thus, Defendant is a corporate citizen of the state of Florida. Both at the time of filing Plaintiff's Original Petition and at the time of the filing of this Notice of Removal, Defendant FLC Transport, LLC was, is, and continuously has been a corporation organized and existing under the laws of the State of Florida and having its principal place of business in the State of Florida. Thus, Defendant is a corporate citizen of the state of Florida. Both at the time of filing Plaintiff's Original Petition and at the time of the filing of this Notice of Removal, Defendant DM World Transportation, LLC was, is, and continuously has been a corporation organized and existing under the laws of the State of Missouri and having its principal place of business in the State of Missouri. Thus, Defendant is a corporate citizen of the state of Missouri. Both at the time of filing Plaintiff's Original Petition and at the time of the filing of this Notice of Removal, Defendant Tyron Anthony Denis was, is, and continuously

has been an individual citizen of the State of Florida with her place of residence in the state of Florida.   There is, therefore, diversity of citizenship between the parties.

## III.

The amount in controversy in this matter, exclusive of interest and costs, exceeds the sum or value of $75,000, as evidenced by the allegation on page 1 of Plaintiffs' Original Petition, where Plaintiffs expressly allege that they seek recovery against Defendant for "monetary relief in excess of $250,000.00."

In addition, Plaintiffs allege on page 5 of their Original Petition as follows: "Because of the actions and conduct of Defendants set forth above, Plaintiffs suffered bodily injuries and damages.  By reason of those injuries and the damages flowing in law therefrom, this suit is maintained.  Because of the nature and severity of the injuries Plaintiffs sustained, they have suffered physical pain, mental anguish, and physical impairment, and in reasonable probability, will continue to suffer physical pain, mental anguish, and physical impairment into the future. The injuries sustained by Plaintiffs have required medical treatment in the past and, in reasonable probability, will require other and additional medical treatment in the future. Charges incurred by Plaintiffs for such medical treatment in the past and those which will in reasonable probability be incurred in the future have been and will be reasonable charges made necessary by the incident in question."  Additionally, on page 5 of Plaintiffs' Original Petition, Plaintiffs allege that Plaintiffs are entitled to recover exemplary/punitive damage as allowed by law for Defendants' conduct.   Therefore, it is apparent from the face of Plaintiffs' Original Petition that the amount in controversy in this case exceeds $75,000.00.

## IV.

This Court has jurisdiction and this action is properly removable based upon diversity of

**NOTICE OF REMOVAL** – Page  3

citizenship under 28 U.S.C. §1332, et seq. Pursuant to 28 U.S.C. § 1664, Defendant Ryder has removed this action to this Court within the time specified by law.

## V.

Pursuant to Local Rule CV-81(c), attached hereto are (1) an index of all attached documents, (2) a list of all parties in the case, their party type and current status of the removed case (pending), (3) a copy of the Docket Sheet in the State Court action, (4) all pleadings (excluding discovery material) filed in the State Court action, Cause No. 017-331918-22, 17th District Court of Tarrant County, Texas, (5) a complete list of all attorneys involved in the action, (6) a record of which parties have requested trial by jury, and (7) the name and address of the court from which the case has been removed.

## PRAYER FOR RELIEF

Wherefore, premises considered, Defendant prays that the action now pending in the 97th District Court of Clay County, Texas be removed to this, the United States District Court for the Northern District of Texas, Wichita Falls Division.

**NOTICE OF REMOVAL** – Page  4

Respectfully submitted,

BY:     */s/   Richard J. Byrne*
        Richard J. Byrne
        Lead Attorney
        State Bar No. 03666435
        rbyrne@ekvallbyrne.com
        T. Stefan Allen
        State Bar No. 00789115
        sallen@ekvallbyrne.com
        EKVALL & BYRNE, LLP
        4450 Sigma Road, Suite 100
        Dallas, Texas 75244
        TELEPHONE (972) 239-0839
        FACSIMILE (972) 960-9517

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

On December 12, 2022, I electronically submitted the foregoing document with the clerk of court of the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/   Richard J. Byrne*
        **RICHARD J. BYRNE**

**NOTICE OF REMOVAL** – **Page  5**