IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JASMINE MEDINA, <br> HILDA CALZADA, AND <br> CLAUDIA UMANA, individually and <br> A/N/F of G.M., minor <br><br> *Plaintiffs,* <br><br> VS. <br><br> RYDER TRUCK RENTAL, INC. <br> FLC TRANSPORT LLC, <br> DM WORLD TRANSPORTATION, LLC, <br> AND TYRONE ANTHONY DENNIS <br><br> *Defendants.* | § § § § § § § § § § § § § § § | CIVIL ACTION <br><br><br><br><br><br><br> NO. 7:22-cv-00128-O <br><br><br><br> JURY |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that all claims and matters in controversy in the above-captioned cause have been fully and finally resolved and settled; it is further stipulated that the above-captioned cause be and hereby is dismissed with prejudice to refiling pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

EKVALL & BYRNE, LLP

BY:   */s/   Richard J. Byrne*
      Richard J. Byrne
      State Bar No. 03566435
      rbyrne@ekvallbyrne.com
      4450 Sigma Road, Suite 100
      Dallas, Texas 75244
      TELEPHONE (972) 239-0839
ATTORNEYS FOR DEFENDANTS

                AND

**LAW OFFICE OF DOMINGO GARCIA, LLP**

BY:   */s/   Sofia M. Straus (w/permission)*
      Sofia M. Straus
      State Bar No. 241079345
      sstraus@millerweisbrod.com
      12929 Gulf Freeway
      Houston, Texas 77034
      TELEPHONE (972) 239-0839
      FACSIMILE (972) 960-9517

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

On April 26, 2023 I electronically submitted the foregoing document with the clerk of court of the U.S. District Court, Northern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                        /s/ Richard J. Byrne
                                       Richard J. Byrne